# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 3:97CR166-02 |
| CALVIN BERNARD CULP ) | USM No: 13152-058 |
| Date of Previous Judgment: February 23, 1999 ) | Aaron Michel |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

■ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 41          Amended Offense Level: 39
Criminal History Category: VI       Criminal History Category: VI
Previous Guideline Range: 360 to life months    Amended Guideline Range: 360 to life months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain): No reduction as no §5K1.1 Motion {or waiver under 3553(e)} was filed and a 21 U.S.C. § 851 Notice was filed, enhancing the defendant's statutory minimum sentence. As well, the application of Amendment 706 results in no change to the advisory guideline range since the defendant is a "career offender" under USSG §4B1.1.

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated February 23, 1999, shall remain in effect.
**IT IS SO ORDERED.**

Order Date: April 6, 2009

Effective Date: _____
(if different from order date)

Graham C. Mullen
United States District Judge