IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No.: 3:97-CR-166 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CALVIN BERNARD CULP, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court pursuant to the Defendant's request for early termination of probation, to which the U.S. Probation Office has no objection.

IT IS THEREFORE ORDERED that the Defendant's term of supervised release and all other terms and conditions previously imposed are complete.

IT IS FURTHER ORDERED that the Clerk certify copies of this Order to the Defendant, counsel for the Defendant, the United States Attorney, the United States Marshals Service, the United States Probation Office, and the United States Bureau of Prisons.

Signed: July 29, 2020

Graham C. Mullen
United States District Judge

1